UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Kelley,                                             Civil File No. 10-cv-04334-RHK-JJK

      Plaintiff,

vs.

I.C. Systems, Inc.,

      Defendant

---

### STIPULATION OF DISMISSAL

AND NOW, this 28th day of February, 2011, it is hereby Stipulated and Agreed by and between the parties hereto, by their respective undersigned attorneys, that the above captioned matter be dismissed with prejudice.

            Warren & Vullings, LLP

BY:  /s/ *Brent F. Vullings*
      Brent F. Vullings, Esquire
      Attorney for Plaintiff
      93 Old York Road, Suite 333
      Jenkintown, PA  19046
      215-745-9800   Fax  215-745-7880
      bv@w-vlaw.com
      Attorney for Plaintiff

**BASSFORD REMELE**
*A Professional Association*

By:   *s/Jessica S. Williams*
Christopher R. Morris (License #230613)
Jessica Schulte Williams (License #313993)
Attorneys for Defendant
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota  55402-3707
Telephone: (612) 333-3000   Fax: (612) 333-8829
jwilliams@bassford.com
Attorneys for Defendant