## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Kelley, | Civil No. 10-4334 (RHK-JJK) |
| Plaintiff, | **ORDER** |
| vs. | |
| I.C. Systems, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 20), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  March 3, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge